1 LYNNE C. HERMLE (STATE BAR NO. 99779)
lchermle@orrick.com
2 SHANNON B. SEEKAO (STATE BAR NO. 267536)
sseekao@orrick.com
3 ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
4 Menlo Park, CA 94025
Telephone: 650-614-7400
5 Facsimile: 650-614-7401

6 JULIE A. TOTTEN (STATE BAR NO. 166470)
jatotten@orrick.com
7 ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall
8 Suite 3000
Sacramento, California 95814-4497
9 Telephone: 916-447-9200
Facsimile: 916-329-4900

Attorneys for Defendant
LUXOTTICA RETAIL NORTH AMERICA INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUKRI SAKKAB, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LUXOTTICA RETAIL NORTH AMERICA INC., an Ohio Corporation; and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No. **'12CV0436 BEN MDD**<br><br>**TABLE OF EXHIBITS TO NOTICE OF REMOVAL** |

OHSUSA:750013312.1

# TABLE OF EXHIBITS

| | Page |
|---|---|
| Exhibit A - Plaintiff's Class Action Complaint | 1 |
| Exhibit B – Summons | 44 |
| Exhibit C – Civil Case Cover Sheet | 46 |
| Exhibit D – Notice of Case Assignment | 48 |
| Exhibit E - Defendant's Answer to Plaintiff's Class Action Complaint | 54 |

Dated: February 17, 2012

LYNNE C. HERMLE
JULIE A. TOTTEN
SHANNON B. SEEKAO
Orrick, Herrington & Sutcliffe LLP

By: _____s/Shannon B. Seekao_____
SHANNON B. SEEKAO
Attorneys for Defendant
LUXOTTICA RETAIL NORTH AMERICA INC.

OHSUSA:750913312.1
OHS:281532479.1